IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

NATASHA GIBSON, as next friend of
INDIA HARRIS; KEITH HARRIS, II and
ERIN HARRIS, minor children

                                                                                              No. 2:18-cv-2004-JPM-tmp

v.

WEPFER MARINE, INC.

      Defendant.

_____

NOTICE OF APPEARANCE

_____

      COMES NOW attorney, Michael A. Katzman, with Ronald Kim, hereby gives notice to United States District Court of the Western District of Tennessee and all interested parties in the-captioned matter on behalf of Natasha Gibson on behalf of minor children I.H., K.H., II., and E.H.. All correspondence regarding this matter should be addressed to Michael A. Katzman, at the address of 200 Jefferson, Suite 1313, Memphis, Tennessee 38103, (901) 527-0644.

                                                              Respectfully submitted,

                                                              /s/ Michael A. Katzman
                                                              Michael A. Katzman (#028088)
                                                              WAGERMAN KATZMAN
                                                              Attorney for Natasha Gibson
                                                              and Minor Children
                                                              200 Jefferson Ave. #1313
                                                              Memphis, TN 38103
                                                              (901) 527-0644
                                                              Michael@WagermanKatzman.com

CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing Notice of Appearance was electronically filed with the Clerk of court via the ECF system on February 22, 2018.

Frank Dantone, Jr.
Henderson Dantone PA
241 Main St.
Greeneville, MS 38701
fjd@hdpa.com

Ruby Wharton
Andre Wharton
1575 Madison Ave.
Memphis, TN 38104

Lee Bloomfield
50 North Front, Suite 800
Memphis, TN 38103

Todd Elias ( pro hac vice)
1811 Bering Drive Suite 300
Houston,TX 77057

S. Reed Morgan (pro hac vice)
100 East CenTex Expressway
Killeen, TX 76542

Murray Wells
Aaron Neglia
81 Monroe Ave Suite 400
Memphis, Tennessee 38103

                                                            /s/ Michael A. Katzman
                                                            Michael A. Katzman