IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

NATASHA GIBSON, INDIA HARRIS,
KEITH HARRIS II, and ERIN HARRIS,

    Plaintiffs,

vs.                                                          No. 2:18-cv-2004-JPM-tmp

WEPFER MARINE, INC.,

    Defendant.

---

## ORDER OF DISMISSAL

---

The claims in this case were disposed of in the associated case, In re Wepfer Marine, Inc., case number 18-cv-02596.  The parties submitted a sealed Joint Stipulation of Settlement on August 28, 2019.  (ECF No. 67, 18-cv-02596.)  The Court held a conference to review the settlement on September 11, 201.  (ECF No. 75, 18-cv-02596.)  The Court approved this settlement in the Sealed Amended Supplemental Order Approving Minor Settlement, filed by the on November 15, 2019.  (ECF No. 79, 18-cv-02596.)

Accordingly, pursuant to the Stipulation of Dismissal in the associated case and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims between the parties in connection with this matter are hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED**, this 19th day of November, 2019.

                                                         /s/ Jon P. McCalla
                                                         JON P. McCALLA
                                                         UNITED STATES DISTRICT JUDGE